# WILLIAM R. HUNT *v.* DIANE BEAUDOIN ET AL.
## (AC 17882)

Foti, Lavery and Spear, Js.

Submitted on briefs September 18—officially released October 27, 1998

Per Curiam. The judgment is affirmed.